**Order entered October 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00933-CR

### REBECCA JEAN CAGLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-11213-P

## ORDER

The Court **REINSTATES** the appeal.

On September 11, 2013, we ordered the trial court to make findings regarding when appellant's notice of appeal was delivered to prison authorities for mailing and also regarding the status of the reporter's record. We **ADOPT** the findings that: (1) an envelope was presented at the hearing showing a post-mark date of June 3, 2013 indicating appellant delivered her notice of appeal to prison authorities for mailing on or before the due date of June 10, 2013; (2) appellant desires to pursue the appeal; (3) appellant is indigent and represented by court-appointed counsel and the Dallas County Public Defender's Office has been appointed to represent appellant; (4) Lisabeth Kellett is the court reporter who recorded the proceedings; (5) Ms. Kellett's explanation for the delay in filing the reporter's record is that she did not receive notice the appeal had been

filed until the September 11, 2013 order issued; and (6) Ms. Kellett requires thirty days to file the reporter's record.

We **DIRECT** the Clerk to list the Dallas County Public Defender's Office as appellant's attorney of record.

We **ORDER** court reporter Lisabeth Kellett to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lisabeth Kellett, official court reporter, 203rd Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/    DAVID EVANS
JUSTICE